```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JUDITH ADELA FERNANDEZ MARTINEZ,

               Plaintiff,

  - against -

MURPHY'S NATURALS, INC.,

               Defendant.

------------------------------------

25-cv-6624 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **November 14, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
            August 14, 2025

                                    /s/ John G. Koeltl
                                         John G. Koeltl
                                **United States District Judge**