UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUDITH ADELA FERNANDEZ MARTINEZ,
                Plaintiff(s)

                25 civ 6624 (JGK)

-against-

MURPHY'S NATURALS, INC.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The parties, via order of August 14, 2025, having been directed to discuss settlement and to provide an update to the Court by November 14, 2025 on the status of the case, and,

Having advised the parties that failure to notify the Court by November 14 on the status of the case may result in dismissal without prejudice, and

Having no response from the parties,

The Court hereby dismisses this action without prejudice. The Clerk is directed to close this case.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 17, 2025